IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL S. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-27-KAJ |
| ) | |
| FIRST CORRECTIONAL MEDICAL ) | |
| L.L.C., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Before me is pro se plaintiff Daniel Green's February 3, 2006 motion to compel discovery (Docket Item ["D.I."] 116; the "2/3/06 Motion") and his March 10, 2006 motion to compel discovery (D.I. 128; the "3/10/06 Motion") (collectively, the "Motions"). Green is currently incarcerated by the State of Delaware and he is suing First Correctional Medical, LLC ("FCM"), a company that contracted with the state to provide medical services to prisoners. (Cf. D.I. 122 (alluding to FCM's changed status with respect to prison medical services).) Coincidentally, two days before the filing of the 2/3/06 Motion, I issued a Memorandum Order granting in part earlier discovery motions filed by Green. (D.I. 115.) Responding to that Order and, perhaps, to Green's 2/3/06 Motion, FCM served discovery responses upon Green in late February of this year. (D.I. 122.) Green was apparently satisfied with those responses, at least to some degree, but specified in the 3/10/06 Motion that he was still missing certain medical records that he believes are important to his efforts to prove his case. (D.I. 128.) From the court's docket, it does not appear that FCM has responded to Green's 3/10/06 Motion or the issues raised therein.

Accordingly, it is hereby ORDERED that the 3/10/06 Motion (D.I. 128) is GRANTED to the extent that, on or before October 16, 2006, FCM shall serve on the plaintiff, and provide a copy to the court, of responses to the discovery requests outlined in the 3/10/06 Motion. To the extent other relief is sought in that Motion, it is DENIED without prejudice. The 2/3/06 Motion is DENIED as moot.

/s/ Kent Jordan
UNITED STATES DISTRICT JUDGE

September 20, 2006
Wilmington, Delaware